IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WAYNE WHITMORE,<br><br>Plaintiff,<br><br>vs.<br><br>COLLECTION BUREAU, INC.,<br><br>Defendant. | Case No. 1:17-cv-00358-EJL-CWD<br><br>**JUDGMENT OF DISMISSAL** |

Consistent with the parties' Stipulation for Dismissal with Prejudice (Dkt. 15) and pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned matter is dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

DATED: December 29, 2017

Edward J. Lodge
United States District Judge

JUDGMENT - 1